Exhibit A
Complaint

Tindall, et.al. v. City of Plantation, et.al.

LAW OFFICES OF

# DAVID A. FRANKEL

20 SOUTHEAST 20TH STREET
FT. LAUDERDALE, FL 33316

TELEPHONE: 954-557-2244
FACSIMILE: 954-463-7840
EMAIL: DAVIDFRANKEL7@GMAIL.COM

December 26, 2014

City of Plantation
Office of the Mayor and
Ms. Susan Slattery
Office of the City Clerk
400 NW 73rd Avenue
Plantation, Florida 33317

In Re: Notice of claim pursuant to §768.26 *Fla. Stat.*

Dear Mayor and Madam Clerk:

This office, along with the Law Offices of Julie W. Allison, P.A. represents Mr. Mark Tindall and his parents Marie and Levon Tindall. You are hereby placed on notice of claims made by the Tindalls against the City, and members of its staff, for violations of their federally protected civil rights, as well as additional tort claims.

On August 3, 2014 at 4:45a.m. Mark Tindall was walking in his neighborhood approximately 1500 feet from the home where he lives with his parents Marie and Levon Tindall. Mark was stopped by Plantation Police Officer Joesph Miller based merely on his presence in the area, which based on the time of day could reasonably be considered unusual. However, there was no suspicion that any particular crime had been committed. The officer based his suspicion on the fact that previous vehicle burglaries had occurred in the immediate area. It has subsequently been determined that in fact no crime had been committed, nor did Mark present any threat to any persons or property in the area. In point of fact Mark suffers from a mental illness that causes him to suffer insomnia. It is common for him to walk in his neighborhood during the early hours of the day.

I am attaching and incorporating herein the Broward County State Attorney's Office "No Info" memo that sets forth both the facts and law upon which the Tindalls' claims are based. However, I would like to add several additional points. First, a review of the dispatch tapes indicates that Officer Joseph Miller's call for assistance led to a full-scale perimeter search and entry into the Tindall home without any definable reason. The recordings fail to show any supervision or stated purpose for the operation. Second, the information provided to Officer Miller by the Plantation dispatch to the effect that Mark Tindall was on probation was false. He was not. Third, it should be noted that prior to arriving at the Tindall home Plantation Police and the officers who made entry had actual knowledge that Mark Tindall was mentally ill, and that previous calls for service had been made to the residence for reasons related to his illness. Finally, during the recorded dispatch tapes, BSO dispatch can be heard contacting Plantation to enquire about a separate 911 call coming from the residence. In fact, this was Ms. Tindall's call for emergency assistance after Plantation Police unlawfully entered her home,

threatened her and her husband, and were intent on using excessive lethal force against her son. In effect she was seeking protection from the Plantation Police.

This notice applies to the City of Plantation and the appropriate officers, agents and supervisors. Thank you.

Respectfully,

David A. Frankel, Esq.

Cc: Julie W. Allison, Esq.