# Exhibit B
# Complaint

# Tindall, et.al. v. City of Plantation, et.al.

# COMPLAINT AFFIDAVIT

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

BROWARD COUNTY
ARREST # 14-0833
OBTS #
[X] ARREST FORM

| Filing Agency | Offense Report | Local ID# | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| Plantation PD | 1408-000107 | | | | |

| Defendant's Last Name | First, Middle SUF | Alias/Street Name | Citizenship |
|---|---|---|---|
| Tindall | Mark, A | | USA |

Name of victim(s) (if corporation, exact legal name and state of incorporation)
State of Florida, 451 NW 70th Terr., Plantation, FL 33317

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias / Warrant # |
|---|---|---|---|
| | See page 1 | | |

## Probable Cause Affidavit

Before me this date personally appeared Ofc. J. Miller/#1001 who being first duly sworn deposes and says that on 03 day of August, (year) 2014 at 300-Blk N State Road 7 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are are as follows:

While explaining my reasons for stopping Mark he was constantly looking to his left and right over his shoulder as if was looking for a possible escape route. Due to his behavior I advised Mark to have a seat to prevent him from fleeing the area.

While Mark was sitting on the sidewalk he became very uncooperative and aggressive as he stated "I'm not telling you shit". I explained that I was going to advise him of his Miranda rights and that if he does not dispel my alarm he may be placed under arrest for Loitering and prowling. Without warning Mark jumped up and fled the area east on foot. While I ensued in a foot chase of Mark responding units established a lighted perimeter. K-9 responded and conducted their track (see supplement).

Prior to Mark fleeing Plantation teletype was provided with his information. Teletype check revealed Tindall is actively on inmate release for armed motor vehicle theft. An address was also located at 3630 NW 4th Street Lauderhill FL 33313 as being a last known address for Tindall. After responding to 3630 NW 4th Street dispatch was able to locate a telephone number for the residence. Dispatch made contact with Mrs. Tindall and she advised that she was coming to the door. I was met by an older black male who identified himself as Mr. Tindall. He advised that his son "Mark" was home and opened his front door to let me in. While in the Tindall living room Mrs. Tindall explained that her son was in his room and that she will get him. Seconds later Mrs. Tindall explained that Mark will be out in a minute. While in the living room Mark exited the room and entered the hall way to the living room. I positively identified the male as Mark A Tindall, the same male that fled from me, obstructing my investigation. As I called out to Mark he refused to comply with my commands and ran into a bedroom, barricading himself behind a closed door. As Officers entered into the room Mark was running away from us and toward the night stand of the room where I observed a large edged weapon (scissors). I deployed my PPD issued X26 Taser and attempted to subdue Mark but was not successful. I again deployed another X26 Taser cartridge and did not effetely connect with Mark. As I went hands on with him I was able to remove the scissors and inadvertently placed them on the other side of the room. During our hands on attempt Mark was combative as he was violently swinging his arms and kicking and thrashing his legs. I disengaged while Officers were attempted to deploy their Tasers and attempt to gain Mark's compliance again. All efforts were met with negative results and Mark was taken to the ground where he was subsequently taken into custody. The defendant was placed under arrest and transported to Plantation General Hospital for medical clearance. The defendant was cleared and transported to PPD for processing and later to BSO for booking. A check of the vehicles behind Child Net at 313 N State Road 7 revealed no signs of forced entry into any vehicles. It should be noted that a lot of the vehicle left behind the business are left unlocked and may not have displayed and forced entry. At this there are no reported burglaries.

I swear the above statement is correct and true to the best of my know edge and belief.

Ofc. J. Miller/#1001
Officer's Name/CCN

Road Patrol
Officer's Division

Officer/Affiant's Signature

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 03 day of August, 2014 (year).

by Ofc. J. Miller #1001 (name and title), who is personally known to me or has produced Police I D. as identification.

Print, Type or Stamp Commissioned Name of Notary Public

Officer/# C 7 2)
Title/Rank and CCN

Notary Public, Deputy Clerk of the Courts, or Assistant State Attorney

Seventeenth Judicial Circuit
Broward County
State of Florida
PPD (revised 01/07)

FIRST APPEARANCE/ARREST FORM
(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION )

(SEAL)

Orig _ Court
2nd - State Attorney
3rd - Filing
4th - Arresting Agency

☒ COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

BROWARD COUNTY
ARREST # 14-0833
OBTS #
☒ ARREST FORM

| Filing Agency | Offense Report | Local ID# | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| Plantation PD | 1408-000107 | | | | |

| Defendant's Last Name | First, Middle SUF | Alias/Street Name | Citizenship |
|---|---|---|---|
| Tindall | Mark, A | | USA |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | DOB | Age | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| B | M | 5'09" | 160 | Black | Brown | Dark | 02-11-1987 | 27 | Florida |

| Permanent Address: | Scars, marks, TT |
|---|---|
| 3636 NW 4th Street, Ft. Lauderdale, FL 33311 | Scripture on forearms |

| Residence Type | Local Address | Place of Employment | Length |
|---|---|---|---|
| ○ (1) City  ● (2) County  ○ (3) Florida  ○ (4) Out of State | Same as above | Unknown | UK |

| How long defendant in Broward County | Breathalyzer by/CCN | Reading | Place of Arrest | Date/Time Arrested | Arresting Officer(s) CCN |
|---|---|---|---|---|---|
| Unknown | N/A | - | 3630 NW 4th Street | 08-03-14 0518 hrs | Ofc. J. Miller/#1001 |

| Officer Injured ☐ | Unit | Zone | Beat | Shift | Trans Unit | PMD ☐ | Transporting Officer/CCN | Pickup Time | Time Arrived/BSO |
|---|---|---|---|---|---|---|---|---|---|
| | Patrol | 7 | -- | Alpha | | | | | |

| TYPE | ACTIVITY | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity: N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of Alcohol Influence Y:○  N:●  UK:○  Drug Influence Y:○  N:●  UK:○ |
|---|---|---|---|---|---|---|---|---|
| N | N | | | | | | | |

Attach Defendant's Photo

| Defendant's Vehicle Make: N/A | Type: | Year: | Color: | VIN: |
|---|---|---|---|---|
| Vehicle Towed to _____ | Tag: | | Other Identifiers or remarks: | |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
State of Florida, 451 NW 70th Terrace, Plantation, FL 33317

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias / Warrant # |
|---|---|---|---|
| 01 | Resisting Officer with Violence | | 843.01 |
| 01 | Resisting Officer without Violence | | 843.02 |
| 01 | Loitering and Prowling | | 856.021 |

**Probable Cause Affidavit**

Before me this date personally appeared Ofc. J. Miller/#1001 _____ who being first duly sworn deposes and says that on 03 day of August (year) 2014 at 300-Blk N State Road 7 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are are as follows:

On 08/02/2014 at approximately 0445hrs I was conducting a business check of the businesses located at the 300 block of North State Road 7. I observed a black male wearing a dark colored shirt and gym shorts walk from behind 313 N State Road 7 (Child Net). Child Net has had several vehicle burglaries in the past several months from behind the business. I made contact with the male who was identified as Mark Anthony Tindall 02/11/87. While speaking with Mark I noticed that he had very distinctive tattoos on his forearms (scripture). I explained that there has been several burglaries in the area and that I was concerned due to him walking from behind the closed businesses. I further explained it was out of the ordinary for any pedestrian foot traffic to come from the area at this time of night.

I swear the above statement is correct and true to the best of my knowledge and belief.

Ofc. J. Miller/#1001 _____  Road Patrol _____  Officer/Affiant's Signature _____
Officer's Name/CCN   Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 03 day of August, 2014 (year).

by Ofc. J. Miller #1001 _____ (name and title), who is personally known to me or has produced Police I.D. _____ as identification

M.L.P. _____  Officer/# 0773 _____
Print, Type or Stamp Commissioned Name of Notary Public   Title/Rank and CCN   Notary Public, Deputy Clerk of the Courts, or Assistant State Attorney

Seventeenth Judicial Circuit
Broward County
State of Florida
PPD (revised 01/07)   FIRST APPEARANCE/ARREST FORM
(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION)
(SEAL)   Orig - Court
2nd - State Attorney
3rd - Filing
4th - Arresting Agency