Exhibit C
Complaint

Tindall, et.al. v. City of Plantation, et.al.



MICHAEL J. SATZ
STATE ATTORNEY
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 S.E. SIXTH STREET
FORT LAUDERDALE, FL 33301-3360

## Case Filing Recommendations

| | | | |
|---|---|---|---|
| Notice Date: 10/8/2014 | | Court Case No: 14010583CF10A | SAO Book No: 2143626 |
| Agency: PLANTATION POLICE PD | | | |
| Officer: Miller, Joseph | PL01001 | Offense Report No: PL1408000107 / RM | Offense Date: 8/2/2014 |
| A.S.A.: Barbara Curtis | | | |
| Phone: (954) 831-6350 | Div: FCF | Arrest No: PL14000833 | Arrest Date: 8/3/2014 |
| Subject: MARK A TINDALL | DOB: 2/11/1987   Race: B   Sex: M   BCCN: 0685911 | | |

Action taken:     DECLINE CASE

| Count | Action | Short Description | Charge |
|---|---|---|---|
| 1 | NO INFO | 843.01 - 3/CF - RESISTING W/VIOLENCE | |
| | Chrg Presented | 843.01 - 3/CF - OBSTRUCT WITH VIOLENCE | 1 |
| 2 | NO INFO | 843.02 - 1/MM - RESISTING W/O VIOLENCE | |
| | Chrg Presented | 843.02 - 1/MM - OBSTRUCTION WO VIOLENCE | 2 |
| 3 | NO INFO | 856.021 - 2/MM - LOITERING & PROWLING | |
| | Chrg Presented | 856.021 - 2/MM - LOITERING OR PROWLING | 3 |

### Comments:

ALL CHARGES - DECLINE – NO REASONABLE LIKELIHOOD OF CONVICTION. WILL NOT SURVIVE A MOTION TO SUPPRESS. WHEN THE POLICE INITIALLY OBSERVED THE DEFENDANT HE WAS WALKING FROM BEHIND A CLOSED BUSINESS AT 5:00 AM. THE DEFENDANT WAS STOPPED BY THE OFFICER AND HE IDENTIFIED HIMSELF. THE DEFENDANT STAYED FOR A PERIOD OF TIME SITTING ON THE GROUND AND THEN FLED. CONDUCT INSUFFICIENT TO RAISE AN IMMEDIATE CONCERN FOR THE SAFETY OF PERSONS OR PROPERTY. HOLLINGSWORTH V. STATE, 991 SO2D 990 (FLA. 4TH DCA 2008); STEPHENS V. STATE, 987 SO2D 182 (FLA. 2ND DCA 2008) (PRESENCE IN A PARKING LOT OF A CLOSED BUSINESS INSUFFICIENT TO RAISE AN IMMEDIATE CONCERN FOR THE SAFETY OF PERSONS OR PROPERTY). SEE ALSO SIMMS V. STATE, SIMMS V. STATE, 51 SO3RD 1264 (2ND DCA 2011). LACK OF EVIDENCE TO PROVE THAT THE DEFENDANT PROWLED OR LOITERED IN A PLACE, AT A TIME, OR IN A MANNER NOT USUAL FOR LAW ABIDING CITIZENS. THE ELEMENTS OF THE CRIME MUST OCCUR IN THE PRESENCE OF THE OFFICER. SEE P.R. V. STATE, 97 SO3D 980 (FLA. 4TH DCA 2012). "TO JUSTIFY AN INVESTIGATORY STOP, THE ARRESTING OFFICER HAD TO HAVE A REASONABLE SUSPICION THE [DEFENDANT] HAD COMMITTED, WAS COMMITTING, OR WAS ABOUT TO COMMIT A CRIME" STENNES V. STATE, 939 SO2D 1148 (FLA. 4TH DCA 2006). INSUFFICIENT SUSPICION TO STOP THE DEFENDANT BASED ON THE FACTS DESCRIBED. NO CRIME WAS DISCOVERED OR REPORTED AT THE LOCATION. ALL OTHER CONDUCT ON WHICH THE OFFICER RELIED OCCURRED AFTER THE DEFENDANT WAS STOPPED. FLIGHT ALONE IS NOT SUFFICIENT EVIDENCE. THE PLANTATION POLICE WENT TO THE LAST KNOWN ADDRESS OF THE DEFENDANT IN LAUDERHILL. THERE IS CONFLICTING EVIDENCE BETWEEN THE OFFICER(S) AND THE PARENTS OF THE DEFENDANT. THE PARENTS STATE THAT THEY DID NOT ALLOW THE OFFICERS INTO THE HOUSE. THEY ALSO STATE THAT THERE WAS NO SCISSORS OR OTHER OBJECT THAT COULD BE USED AS A WEAPON IN THEIR BEDROOM. NO SCISSORS WERE FOUND BY THE POLICE AFTER THE INCIDENT. THE OFFICER(S) BROKE DOWN THE DOOR TO THE MASTER

XSB   0002143626                                       XCN              006105195    FBI



**MICHAEL J. SATZ**
**STATE ATTORNEY**
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 S.E. SIXTH STREET
FORT LAUDERDALE, FL 33301-3360

BEDROOM TO ARREST THE DEFENDANT. THERE IS NO EVIDENCE THAT ANY OFFICER WAS STRUCK AND NO INJURY WAS REPORTED. IN ADDITION TWO RESISTING CHARGES WOULD NOT BE FILED. WHEN A CONTINUOUS RESISTANCE IS AT ISSUE IT CONSTITUTES ONE CHARGE OF OBSTRUCTION. WALLACE, V. STATE, 724 SO2D 1176 (FLA. 1998). THE CONDUCT OF THE DEFENDANT IN HIS PARENTS BEDROOM DOES NOT RISE TO THE LEVEL OF A FELONY.

_____          _____
Filing Attorney                    Supervising Attorney

XSB   0002143626                       XCN          006105195   FBI