UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61322-BB

MARK A. TINDALL, an individual, and MARIE TINDALL, and LEVON TINDALL, husband and wife,

    Plaintiffs,

vs.

W. HOWARD HARRISON, individually and in his official capacity as Chief of the City of Plantation Police Department, et al,

    Defendant(s).
_____/



FILED BY _____ D.C.

MAR 28 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD.

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on March 24, 2016. The conference resulted in the following:

    The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

        ✓ All Plaintiffs and their respective trial counsel.
        ✓ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

    The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

        ✓ AGREEMENT.
    A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

        ___ NO AGREEMENT.
    The parties did not reach an agreement.

        ___ These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

## CERTIFICATE OF SERVICE

I hereby certify that on 3/25/16 a copy of the above was sent via Electronic Mail to: **David Frankel, Esquire**, david@bluelotuslaw.com; **Scott D. Alexander, Esquire**, alexander@jambg.com; **Marla Federici Ferguson, Esquire**, marla@bluelotuslaw.com; **E. Bruce Johnson, Esquire**, johnson@jambg.com; **Oscar E. Marrero, Esquire**, oem@marrerolegal.com; **Lourdes E. Wydler, Esquire**, lew@marrerolegal.com; **Julie Allison, Esquire**, julie@allisonlaw.net.

Respectfully submitted,

Charles N. Tetunic, Mediator
Mediator # 3022R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
ctetunic@uww-adr.com